IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Diane P | Case Number: 07 B 21795 |
|---|---|---|
| | Smith, Gregory K | Judge: Hollis, Pamela S |
| | Printed: 12/02/08 | Filed: 11/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 20, 2008
Confirmed: March 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,192.00 | |
| Secured: | | 12,380.25 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 811.75 |
| Other Funds: | | 0.00 |
| Totals: | 13,192.00 | 13,192.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 905.20 | 0.00 |
| 2. | American General Finance | Secured | 10,737.43 | 7,809.04 |
| 3. | Ford Motor Credit Corporation | Secured | 6,373.51 | 1,500.00 |
| 4. | Wells Fargo Auto Finance | Secured | 25,501.83 | 2,049.95 |
| 5. | ECast Settlement Corp | Secured | 9,158.17 | 1,021.26 |
| 6. | American General Finance | Secured | 1,025.00 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 983.69 | 0.00 |
| 8. | Bass & Associates | Unsecured | 965.15 | 0.00 |
| 9. | Ford Motor Credit Corporation | Unsecured | 0.00 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 442.59 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 6,922.19 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 3,315.11 | 0.00 |
| 13. | Wells Fargo Financial Illinois Inc | Unsecured | 1,007.18 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 1,008.65 | 0.00 |
| 15. | Wells Fargo Financial Bank | Unsecured | 5,199.80 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 1,018.28 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 14,051.68 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 7,251.35 | 0.00 |
| 19. | Home Depot | Unsecured | | No Claim Filed |
| | | | $ 95,866.81 | $ 12,380.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 224.54 |
| 6.5% | 587.21 |
| | $ 811.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Smith, Diane P
        Smith, Gregory K
        Printed: 12/02/08

Case Number:  07 B 21795
Judge:  Hollis, Pamela S
Filed:  11/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

